**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6914**

UNITED STATES OF AMERICA,

     Plaintiff – Appellee,

  v.

FREDDY S. CAMPBELL, a/k/a Freddy,

     Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Robert C. Chambers, District Judge.  (2:05-cr-00120-1)

Submitted: October 13, 2011   Decided:  October 18, 2011

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Freddy S. Campbell, Appellant Pro Se. John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddy S. Campbell appeals the district court's order denying his motion for reconsideration of its previous order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. As the district court lacked the authority to grant reconsideration of its previous order, United States v. Goodwyn, 596 F.3d 233 (4th Cir.), cert. denied, 130 S. Ct. 3530 (2010), we affirm the district court's order denying reconsideration. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2